January 27, 2006

Ms. Michelle E. Robberson
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. William M. Hayner Jr.
William M. Hayner & Associates
2522 McKinney Avenue, Suite 102
Dallas, TX 75201
Mr. Gil L. Daley II
Law Office of Gil L. Daley, II, P.C.
1401 Elm Street, Suite 4585
Dallas, TX 75202

RE: Case Number: 06-0031
 Court of Appeals Number: 05-05-01663-CV
 Trial Court Number: 03-9170-H

Style: IN RE BAYLOR MEDICAL CENTER AT GARLAND

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion for Temporary
Relief in Conjunction with Petition for Writ of Mandamus and issued the
enclosed abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |